

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00416-CR

MIGUEL OSORIO
v.
THE STATE OF TEXAS

On Appeal from the
28th District Court of Nueces County, Texas
Trial Court Cause No. 20FC-0878A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

February 8, 2024